ROBERT K. WRIGHT ET AL.

*vs.*

BETSY A. WRIGHT.

J. W. died in January, 1917, leaving a widow and children; by will he gave his widow, during her life only, their home place and certain shares of stock; by an antenuptial agreement it had been agreed between them that whichever one died first, the survivor should have no interest in the decedent's estate; the children prayed for a declaratory decree to the effect that they were the owners of their deceased father's real estate subject to the dower interest of the widow; defendant demurred, and the lower court sustained the demurrer; on appeal, the decree of the lower court was sustained by a *per curiam* opinion and the following memorandum subsequently filed.   p. 660

*Decided April 11th, 1919.*

Appeal from decree of Circuit Court for Caroline County. (HOPPER and ADKINS, JJ.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*T. Alan Goldsborough,* for the appellants.

*Frederick H. Fletcher* (with whom were *Fletcher & Jones* and *Lewis & Knotts* on the brief), for the appellee.

By the COURT:

The decree of the Circuit Court for Caroline County, dated the 9th day of May, 1918, and appealed from in this case, was affirmed on appeal to this Court by *a per curiam,* filed herein on the 6th of March, 1919.

The reasons for the conclusion we reached in that case and the principles of law upon which it rests, will be found fully stated and announced in the case of *Key et als.* v. *Key,* filed in this Court on the 9th day of April, 1919.

For the reasons stated in the *Key case,* the decree in this case was heretofore affirmed by the *per curiam* filed herein, and we do not deem it necessary to restate them in this case.

*Decree affirmed, with costs.*